**United States Bankruptcy Court**
District of Minnesota

In re  **Richard Burton Paul Monroe** _____  Case No. _____
                                    Debtor(s)                    Chapter  **13**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _[signature]_  Date: 9-7-22

********************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____  Date: _____

**\*\*\*IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account

**CSI Accounting & Payroll**

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

Richard Monroe (ID 00000515)
10255 Greenbrier Rd Apt 320
Minnetonka, MN 55305

| | | | |
|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX |
| Period Start: | 8/16/2022 | Federal Filing: | Single - 1 |
| Period End: | 8/31/2022 | State Filing: | Single - 1 |
| Pay Date: | 9/7/2022 | Check Number: | ** MULTIPLE DIRECT DEPOSIT ** |
| Total Earnings: | $4,000.00 | Total Taxes: | $1,088.13 |
| Total Deductions: | $1,389.27 | Net Pay: | $1,522.60 |

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | 86:40 | $4,000.00 | 1473:20 | $68,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,450.00 |
| Revenue Commission | $0.00 | | $0.00 | | $63,085.26 |
| | | 86:40 | $4,000.00 | 1473:20 | $132,535.26 |

## Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $561.94 | $14,150.57 |
| FICA | $243.29 | $8,137.11 |
| Medicare | $56.90 | $1,903.06 |
| MN State | $226.00 | $5,408.00 |
| | $1,088.13 | $29,598.74 |

## Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $120.00 | $3,976.06 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $135.26 | $2,299.42 |
| 401k Roth | $.00 | $.00 | $200.00 | $6,626.76 |
| Advance | $.00 | $.00 | $250.00 | $250.00 |
| Garnish | $.00 | $.00 | $727.97 | $2,183.91 |
| HSA - Ind | $76.04 | $1,292.68 | $76.04 | $1,292.68 |
| | $196.04 | $5,268.74 | $1,389.27 | $12,652.77 |

## Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

## Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $1,522.60 | XXXXXXXX1040 |
| Checking | $152.08 | XXXXXX0892 |
| | $1,674.68 | |

## Net Pay

| Amount | YTD Amount |
|---|---|
| $1,522.60 | $90,283.75 |

Richard Monroe (ID 00000515)
10255 Greenbrier Rd Apt 320
Minnetonka, MN 55305

CSI Accounting & Payroll
4915 W 35th St Suite 203
Minneapolis, MN 55416
(952)927-4011

| | | | | |
|---|---|---|---|---|
| Pay Frequency: | Semi-Monthly | SSN: | XXX-XX-XXXX | |
| Period Start: | 6/1/2022 | Federal Filing: | Single - 1 | |
| Period End: | 6/30/2022 | State Filing: | Single - 1 | |
| Pay Date: | 7/15/2022 | Check Number: | E02519 | |
| Total Earnings: | $1,809.40 | Total Taxes: | $364.24 | |
| Total Deductions: | $90.47 | Net Pay: | $1,354.69 | |

# Earnings

| Earnings | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Hours | $4,000.00 | | $0.00 | 1126:40 | $52,000.00 |
| Bonus | $0.00 | | $0.00 | | $1,450.00 |
| Revenue Commission | $0.00 | | $1,809.40 | | $62,545.26 |
| | | 0:00 | $1,809.40 | 1126:40 | $115,995.26 |

# Taxes

| Tax | Amount | YTD Amount |
|---|---|---|
| Federal | $143.82 | $11,902.77 |
| FICA | $112.18 | $7,130.47 |
| Medicare | $26.24 | $1,667.63 |
| MN State | $82.00 | $4,494.00 |
| | $364.24 | $25,194.87 |

# Adjustments

| Adjustment | Match | YTD Match | Amount | YTD Amount |
|---|---|---|---|---|
| 401(k) | $54.28 | $3,479.86 | $.00 | $.00 |
| 401k Repay | $.00 | $.00 | $.00 | $1,758.38 |
| 401k Roth | $.00 | $.00 | $90.47 | $5,799.76 |
| HSA - Ind | $.00 | $988.52 | $.00 | $988.52 |
| | $54.28 | $4,468.38 | $90.47 | $8,546.66 |

# Accruals

| Accrual | Earned | Taken | Balance |
|---|---|---|---|
| There are no records to display. | | | |

# Payment Methods

| Payment Method | Amount | Account |
|---|---|---|
| Checking | $1,354.69 | XXXXXXX2312 |
| | $1,354.69 | |

# Net Pay

| Amount | YTD Amount |
|---|---|
| $1,354.69 | $82,255.73 |