UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Richard Burton Paul Monroe                                  Case No. 22-41504
                                                                                            Chapter 13

Debtor.

**DEBTORS RESPONSE TO THE TRUSTEE'S MOTION TO DISMISS CHAPTER 13 PLAN**

Debtor, comes now, through his undersigned counsel, for his response to the Chapter 13 Trustee's Motion to Dismiss his pending Chapter 13 filing, states the following:

1. Debtor is not intentionally failing to make his trustee payments.

2. Debtor expects to be able to begin trustee payments beginning in September, 2023 after a modified plan is filed or to file a conversion to a Ch 7.

3. Dismissal of the case would be to the detriment of the creditors as the debtor is attempting to make a good faith effort to pay back his debt.

4. Debtor would like to propose the following:
    a. Debtor requests the Court grant a continuance of the pending Motion to Dismiss hearing, so he may file a modified plan and amend schedules I & J or a conversion to Ch 7.

WHEREFORE, the debtor requests that the Court grant the following relief:

1. Enter an order consistent with the above proposal; and

2. For other relief the Court believes is just and appropriate.

Dated: August 23, 2023                                  LIFEBACK LAW FIRM, P.A.

                                                                     /e/ JESSE A. HOROSHAK #0387797
                                                                     Attorney for Debtor
                                                                     6445 Sycamore Court North

Maple Grove, MN 55369
(612) 843-0529
jesse@lifebacklaw.com