**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Richard Burton Paul Monroe

Case No: 22–41504 – WJF

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Richard Burton Paul Monroe. After notice and hearing the court has determined that the case as to Richard Burton Paul Monroe should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Richard Burton Paul Monroe is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 10/2/23

William J Fisher
United States Bankruptcy Judge

**odsm/mnbodsm.jsp 06/22**

United States Bankruptcy Court
District of Minnesota

In re:  Case No. 22-41504-WJF
Richard Burton Paul Monroe  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 3
Date Rcvd: Oct 02, 2023     Form ID: odsm     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Burton Paul Monroe, 10255 Greenbrier Rd #320, Hopkins, MN 55305-3427 |
| 62868220 | + | Alltran, PO Box 519, Sauk Rapids MN 56379-0519 |
| 62868223 | | Citizen Bank, Mail Stop JCA115, Johnston RI 02919 |
| 62868225 | + | Creditor Advocates, PO BOX 1264, Prior Lake MN 55372-0864 |
| 62868228 | | Ditech Financial LLC, 4500 Park Glen Road, #300, St Louis Park MN 55416-4891 |
| 62868232 | | Hennepin Health Care, PO Box 860048, Minneapolis MN 55486-0048 |
| 62868240 | + | Oprtunmetabk, 2 Circle Star Way, San Carlos CA 94070-6200 |
| 62868245 | + | Ridgeview Clinics, 500 S Maple Street, Waconia MN 55387-1791 |
| 62879251 | + | Ridgeview Medical Center, 500 South Maple Street, Waconia, MN 55387-1791 |
| 62868249 | | State Bank & Trust, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |
| 62868250 | + | Systems & Services/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph MO 64503-1600 |
| 62870072 | + | VGM HOMELINK, 3439 East Ave South, LA CROSSE, WI 54601-7241 |
| 62868256 | + | Yes Energy Management, Woodlands of Minnetonka, 10275 Greenbriar Rd, Minnetonka MN 55305-3420 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Oct 03 2023 01:35:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 02 2023 22:19:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 02 2023 22:19:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62868221 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 02 2023 22:19:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 62894017 | + | Email/Text: bkattorneynotices@gmail.com | Oct 02 2023 22:19:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 62868222 | | EDI: CITICORP.COM | Oct 03 2023 01:35:00 | Citibank, N.A., 50 Northwest Pd Rd, Elk Grove Village IL 60007 |
| 62887876 | + | Email/Text: cbdupdate@cbdlax.com | Oct 02 2023 22:19:00 | CREDIT BUREAU DATA INC, 518 STATE ST, LA CROSSE, WI 54601-3326 |
| 62868224 | + | Email/Text: cbdupdate@cbdlax.com | Oct 02 2023 22:19:00 | Credit Bureau Data, Inc, Attn: Bankruptcy, 518 State Street ,Po Box 2288, La Crosse WI 54602-2288 |
| 62868226 | + | EDI: DISCOVER.COM | Oct 03 2023 01:35:00 | Discover Bank, PO Box 30416, Salt Lake City UT 84130-0416 |
| 62868227 | + | EDI: DISCOVERPL | Oct 03 2023 01:35:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 6105, Carol Stream IL 60197-6105 |
| 62870473 | + | EDI: DISCOVERPL | Oct 03 2023 01:35:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

Case 22-41504   Doc 22   Filed 10/04/23   Entered 10/04/23 23:32:25   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: odsm | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 62868230 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 02 2023 22:19:08 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln NE 68501 |
| 62894018 | + | Email/Text: opportunitynotices@gmail.com | Oct 02 2023 22:19:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 62868229 | + | Email/Text: opportunitynotices@gmail.com | Oct 02 2023 22:19:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago IL 60601-6379 |
| 62868231 | + | EDI: AMINFOFP.COM | Oct 03 2023 01:35:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 62868233 | + | Email/Text: bankruptcy@huntington.com | Oct 02 2023 22:19:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus OH 43215-3406 |
| 62868234 | + | Email/Text: bankruptcy@huntington.com | Oct 02 2023 22:19:00 | Huntington National Bank, 5555 Cleveland Ave GW4W25, Columbus OH 43231-4048 |
| 62868235 | | EDI: IRS.COM | Oct 03 2023 01:35:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62868236 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 22:53:17 | LVNV Funding, Resurgent Capital Services LP, PO Box 10587, Greenville SC 29603-0587 |
| 62870079 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 22:53:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 62868237 | + | EDI: MINNDEPREV.COM | Oct 03 2023 01:35:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62874956 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2023 22:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 62873826 | + | Email/Text: netcreditbnc@enova.com | Oct 02 2023 22:19:46 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 62868238 | + | Email/Text: netcreditbnc@enova.com | Oct 02 2023 22:19:46 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd Suite 1000, Chicago IL 60604-2863 |
| 62868239 | + | Email/Text: bankruptcy.notices@northmemorial.com | Oct 02 2023 22:19:00 | North Memorial Med Center, 3300 Oakdale Ave N, Robbinsdale MN 55422-2926 |
| 62892854 | | EDI: PRA.COM | Oct 03 2023 01:35:00 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk VA 23541 |
| 62892834 | | EDI: PRA.COM | Oct 03 2023 01:35:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 12914, Norfolk VA 23541 |
| 62882418 | + | EDI: JEFFERSONCAP.COM | Oct 03 2023 01:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 62868241 | + | Email/Text: bncmail@w-legal.com | Oct 02 2023 22:19:00 | Prosper, c/o Weinstein & Riley, PO BOX 3978, Seattle WA 98124-3978 |
| 62868242 | + | EDI: Q3G.COM | Oct 03 2023 01:35:00 | Quantum 3 Group, PO BOX 788, Kirkland WA 98083-0788 |
| 62879948 | | EDI: Q3G.COM | Oct 03 2023 01:35:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 62868243 | | Email/Text: lawfirmTX@rsieh.com | Oct 02 2023 22:19:00 | Rausch Sturm, 250 N Sunnyslope Rd, Ste 300, Brookfield WI 53005 |
| 62868244 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 23:32:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62868246 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2023 22:19:00 | Select Portfolio Servicing,INC, PO Box 65450, Salt Lake City UT 84165-0450 |
| 62868247 | + | Email/Text: servicing@svcfin.com | Oct 02 2023 22:19:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway Ste 200, Boca Raton FL 33432-6033 |

Case 22-41504   Doc 22   Filed 10/04/23   Entered 10/04/23 23:32:25   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0864-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: odsm | Total Noticed: 55 |

| 62868248 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Oct 02 2023 22:53:14 | Sofi Lending Corp, Attm: Bankruptcy, 375 Healdsburg Ave Suite 280, Healdsburg CA 95448-4151 |
| 62870531 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Oct 02 2023 22:19:00 | The Huntington National Bank, PO Box 89424, Cleveland OH 44101-6424 |
| 62868251 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 02 2023 22:19:00 | Towd Point Mortgage Trust, c/o Select Portfolio Service, PO BOX 65450, Salt Lake City UT 84165-0450 |
| 62868252 | + | Email/Text: rhonda@wecollectmore.com | | |
| | | | Oct 02 2023 22:19:00 | Tri-State Adjustments, Attn: Bankruptcy, 3439 East Avenue South, La Crosse WI 54601-7241 |
| 62868254 | | Email/Text: bknotice@upgrade.com | | |
| | | | Oct 02 2023 22:19:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 62868253 | + | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Oct 02 2023 22:19:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd., Toledo OH 43614-1501 |
| 62868255 | + | Email/Text: alysa@uwllaw.com | | |
| | | | Oct 02 2023 22:19:00 | Usset Weingarden, 4500 Park Glen Rd Ste 300, Minneapolis MN 55416-4891 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Jesse A. Horoshak | on behalf of Debtor 1 Richard Burton Paul Monroe jesse@lifebacklaw.com HoroshakJR72722@notify.bestcase.com;justice@lifebacklaw.com;jesse@lifebacklaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3